No. 760. FLORIDA NATIONAL BANK OF JACKSONVILLE ET AL., CO-EXECUTORS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Samuel Lyons Sagendorph* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Loring W. Post* for the United States.

No. 762. LITTWIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *G. Edward Friar* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 764. L. I. COMBS & SONS, INC., ET AL. *v.* SCHREIBMAN. C. A. 7th Cir. Certiorari denied. *Justin Waitkus* for petitioners. *Owen W. Crumpacker* and *Harold Abrahamson* for respondent.

No. 766. HYNNING *v.* PARTRIDGE. C. A. D. C. Cir. Certiorari denied. *Clifford J. Hynning, pro se,* and *Lawrence C. Moore* for petitioner. *Philip F. Herrick* for respondent.

No. 771. PETERSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 786. SWEETLAKE LAND & OIL CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Norman F. Anderson* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.